■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL VEGA, Appellant. [890 NYS2d 887]

Concur—Andrias, J.P., Saxe, Sweeny, Moskowitz and Abdus-Salaam, JJ.